No. 5017.—West India Oil Company, aplda., v. Meléndez

ET AL., apltes.—C. D. San Juan. Julio 9, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sobre desestimación de la presente apelación; apareciendo de la faz de dicha moción y de la documentación acompañada a la misma que la apelación es *prima facie* frívola, y visto el caso del *Banco Masónico* v. *Heraclio López & Compañia,* 38 D.P.R. 187, se declara con lugar la moción y se desestima la apelación establecida contra la sentencia dictada por la Corte de Distrito de San Juan el día 28 de marzo de 1929.